UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN R. PHILLIPS,

        Plaintiff,
v.                        Case No.  8:09-cv-2108-T-33EAJ

UNITED STATES OF AMERICA, and
CHRISTINE KURAN,

        Defendants.
_____/

**ORDER**

This cause is before the Court pursuant to Defendant Christine Kuran's Motion to Dismiss (Doc. # 5), which was filed on February 8, 2010. Plaintiff did not file a response in opposition to the Motion to Dismiss, and the time to do so has elapsed. For the reasons that follow, the Court will grant the Motion to Dismiss.

Plaintiff filed a complaint on October 16, 2009, seeking recovery for personal injuries allegedly sustained after a vehicle collision the United States Postal Service employee Christine Kuran. (Doc. # 1).

Christine Kuran moves to be dismissed from this suit because the Federal Tort Claims Act only permits a claim against the United States, it does not allow for an action against a federal employee acting within the scope of her

1

employment. 28 U.S.C. § 2679(a). "It is beyond dispute that the United States, not the responsible agency or employee, is the proper party defendant in a Federal Tort Claims Act suit." Galvin v. OSHA, 860 F.2d 181, 183 (5th Cir. 1988).

Because Plaintiff's complaint is directed against an employee of an agency of the United States acting within the scope of her employment, it falls within the ambit of the FTCA. Accordingly, Plaintiff's sole available remedy is an action against the United States. Thus, the Court grants the Motion to Dismiss.

Accordingly, it is

**ORDERED, ADJUDGED, and DECREED:**

(1) Defendant Christine Kuran's Motion to Dismiss (Doc. # 5) is **GRANTED**, and Christine Kuran is dismissed from this case.

(2) This action shall remain pending as between Plaintiff and the United States of America.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 24th day of March 2010.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record